```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2025
```

ONE2SIX CREATIVE COLLECTIVE, LLC,

                Plaintiff,

-v-

CULTURECON LLC,

                Defendant.

**ORDER**

25-CV-5672 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated September 23, 2025, this case was referred to the undersigned for settlement. ECF No. 21.

    A conference is scheduled on **October 1, 2025,** at **11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 477 419 199#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 24, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge