

**MEMO ENDORSED**

lawyers for innovators®

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025

October 10, 2025

<u>Via ECF</u>
The Honorable Valerie Caproni
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New
York, New York, 10007
Courtroom: 20C

   *Re: One2Six Creative Collective, LLC v. CultureCon LLC.,* **Docket No. 25-CV-05672 (VEC)**

Dear Hon. Judge Caproni:

  We represent Plaintiff One2Six Creative Collective LLC ("Plaintiff") in the above-referenced action. Plaintiff and Defendant CultureCon LLC ("Defendant") (collectively, the "Parties") jointly and respectfully request that all deadlines in the case management order be stayed pending the upcoming settlement conference.

  On September 18, 2025, the Parties submitted their proposed case management order (ECF No. 19), which the Court entered on September 23, 2025 (ECF No. 20). On October 1, 2025, Magistrate Judge Henry J. Ricardo scheduled a settlement conference for November 24, 2025 (ECF No. 25).

  The Parties believe there is good cause for a limited stay of all deadlines under the current case management order. The upcoming settlement conference presents a meaningful opportunity to resolve this matter without further litigation. A short stay will conserve judicial and party resources while the Parties focus on preparation for the settlement conference and potential resolution.

  If the matter is not resolved at the settlement conference, the Parties propose to submit a renewed case management order within 14 days after the conference or at such time as the Court may direct.

Palak V. Patel
312-736-1226 • Palak@jayaramlaw.com          54 W 21 St, Suite 801
jayaramlaw.com                                New York, NY 10003

October 10, 2025
Page 2 of 2

The Parties thank the Court for its attention to this request and for its continued consideration of this matter.

Sincerely,

/s/ Palak V. Patel
Palak V. Patel
Vivek Jayaram
Jayaram Law PLLC
54 W. 21st Street, Suite 801
New York, NY 10010
Phone: 646-596-1322
Palak@jayaramlaw.com
vivek@jayaramlaw.com

cc: All counsel of record via CM/ECF

Application GRANTED.  The deadlines in the Case Management Plan and Scheduling Order, Dkt. 22, are STAYED pending the settlement conference.  Not later than **Monday, December 8, 2025**, the parties must file a letter indicating whether a settlement was reached.  If no settlement was reached, the parties must file a revised Case Management Plan and Scheduling Order.

SO ORDERED.

*[signature]*  10/14/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE