```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE2SIX CREATIVE COLLECTIVE, LLC,

               Plaintiff,

-v-

CULTURECON LLC,

               Defendant.

**ORDER**

25-CV-5672 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held *ex parte* settlement calls with counsel for each party. To move this process forward, the parties are directed to do the following:

    By **5:00 p.m. Eastern Time on November 18, 2025**, each party shall email Chambers, without copying the other side, its monetary demand for giving up its trademark rights as part of a settlement. Once Chambers has *both* demands, Chambers will transmit each demand to the other side.

    By **5:00 p.m. Eastern Time on November 21, 2025**, each party shall transmit its counteroffer to the other party's demand made on November 18.

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge